COA # 08-12-00290-CR     OFFENSE: 19.03

STYLE: Benjamin Jerome Prince v. The State of Texas    COUNTY: Wichita

COA DISPOSITION: AFFIRMED    TRIAL COURT: 30th District Court

DATE: 10/17/14    Publish: NO    TC CASE #: 52,059-A

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Benjamin Jerome Prince v. The State of Texas     CCA #: _____

__APPELLANT'S__ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

__REFUSED__     JUDGE: _____

DATE: 02/04/2015     SIGNED: _____    PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____    DNP: _____

-------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# Vol. 1 of 2